**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    Shannon Lang v. Mathew Knowles and Music World Properties, LLC a/k/a MW Properties, LLC

Appellate case number:    01-18-00268-CV

Trial court case number:    2017-20160

Trial court:              157th District Court of Harris County

Date motion filed:      September 13, 2019

Party filing motion:     Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: ____/s/ Julie Countiss_____
                    Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Countiss.

Date:   __October 3, 2019_____